UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IVAN and MELANIE KAIL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WOLF APPLIANCE, INC.,<br><br>Defendant. | Civil Action No. 2:15-cv-03513-JS-GRB<br><br>CLASS ACTION |
| BARRY GARFINKLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WOLF APPLIANCE, INC.,<br><br>Defendant. | Civil Action No. 2:17-cv-03753-JS-GRB<br><br>CLASS ACTION |
| FREDERICK I. SHARP, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WOLF APPLIANCE, INC.,<br><br>Defendant. | Civil Action No. 2:18-cv-01723-JS-GRB<br><br>CLASS ACTION |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS, during the course of the litigation, the parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11,

IT IS STIPULATED AND AGREED by the attorneys for Plaintiffs and Defendant in the above-captioned consolidated actions (the "Actions") that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Actions be and hereby are dismissed. Such dismissal shall be with

Exhibit C - 1

prejudice against all the named Plaintiffs, and without prejudice as to the claims of any putative class.

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
VINCENT M. SERRA

DATED: April 5, 2020

*/s/ Mark S. Reich*

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mreich@rgrdlaw.com
vserra@rgrdlaw.com

*Attorneys for Plaintiffs*

FOLEY & LARDNER LLP
ANNE B. SEKEL

DATED: 3/9, 2020

*/s/ Anne B. Sekel*

90 Park Avenue
New York, New York 10016
Telephone: 212/682-7474
212/687-2329 (fax)
Email: asekel@foley.com

*Attorneys for Defendant Wolf Appliance, Inc.*

Exhibit C - 2